UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAL BUJAK,

    Plaintiff,

v.                          Case No. 8:08-cv-1383-T-33MAP

NATIONAL CITY MORTGAGE,

    Defendant.
_____/

**ORDER**

This matter comes before the Court upon consideration of Magistrate Judge Mark A. Pizzo's report and recommendation (Doc. # 18), filed on October 30, 2008, recommending that defendant National City Mortgage's motion to dismiss complaint (Doc. # 8) be granted. In his report and recommendation, Judge Pizzo explains that "[Michal Bujak] concedes that the complaint fails to set forth sufficient facts to satisfy the pleading standard set forth in Bell Atlantic v. Twombly, 127 S.Ct. 1955 (2007)." (Doc. # 18 at 1.) Thus, Judge Pizzo recommends that this case be dismissed without prejudice with leave for Bujak to file an amended complaint.[1] (Id.) No

---

[1] Bujak has filed an amended complaint (Doc. # 19), in advance of the Court adopting Judge Pizzo's report and recommendation. The Court strikes this pleading without prejudice to Bujak filing an amended complaint consistent with this Court's order. Furthermore, National City Mortgage's motion to dismiss this amended complaint (Doc. # 20), filed on

objections have been filed, the time to do so has expired, and Judge Pizzo's report and recommendation is now ripe for this Court's review. See Abrams v. United States, 194 F. App'x 718, 721 (11th Cir. 2006) (explaining that a court errs in adopting a report and recommendation prior to the expiration of the ten-day objection period).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32

---

November 17, 2008, is also struck.  At the appropriate time, National City Mortgage may file a motion to dismiss, if it so chooses.

(S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration of the report and recommendation, the Court accepts the report and recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 18) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant National City Mortgage's motion to dismiss complaint (Doc. # 8) is **GRANTED.**

(3) Michal Bujak's complaint (Doc. # 2) is **DISMISSED** without prejudice with leave for Bujak to file an amended complaint on or before November 28, 2008.

(4) The clerk is direct to **STRIKE** Michal Bujak's amended complaint (Doc. # 19), filed on November 10, 2008.

(5)   The clerk is direct to **STRIKE** National City Mortgage's motion to dismiss amended complaint (Doc. # 20), filed on November 17, 2008.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>20th</u> day of November 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record